# United States Court of Appeals for the Federal Circuit

---

**JAZZ PHARMACEUTICALS, INC.,**

*Plaintiff-Appellant*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**

*Defendant-Appellee*

---

2023-1186

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00691-GBW, Judge Gregory Brian Williams.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 24, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court